## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LINDA AIDOO AND<br>NANA AIDOO, | ) | CASE NO.: |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | **PETITION FOR** |
| ERALD CELA AND M & K EQUIPMENT | ) | **REMOVAL** |
| LEASING, LTD. | ) | |
| | ) | |
| Petitioners/Defendants. | ) | |
| _____ | ) | FEBRUARY 1, 2016 |

NOW COME petitioners/defendants Erald Cela and M & K Equipment Leasing, LTD, by and through their undersigned counsel, and respectfully petition this Honorable Court as follows:

1.      Petitioners are the defendants in a civil action captioned *Linda Aidoo, et al v. Erald Cela, et al.*, which matter is pending in the Connecticut Superior Court, Judicial District of Windham at Windham, docket no. WWM-CV16-6010148-S (hereafter, the "state court action"). The return date in the state court action was January 26, 2016.  A copy of the Summons and Complaint in the state court action is attached hereto as Exhibit A.

2.      The Complaint in the state court action sounds in negligence and arises from a motor vehicle that occurred August 18, 2015 at approximately 3:08 a.m., on Interstate 95 southbound in Stratford, Connecticut. In their Complaint, the Plaintiffs allege that they were present inside a 2012 Toyota Corolla vehicle, with Linda Aidoo as the

driver and Nana Aidoo as the passenger.  It is alleged that the Plaintiffs' vehicle had become disabled in the center lane of I-95 southbound with its hazard lights activated, when it was struck from behind by a tractor trailer operated by Defendant Erald Cela. *Please see Complaint, First Count Paras. 4 - 9.*  Plaintiffs allege that as a result of this accident, each was caused to suffer various severe, painful and permanent injuries.  *Please see Complaint, First Count, Paras. 14 – 18 and Third Count, Paras. 14 – 17.*   The First and Third Counts sound in negligence against Defendant Erald Cela, while the Second and Fourth Counts allege Defendant M & K is vicariously liable for the alleged negligence of Cela.

      3.      Among the permanent injuries and losses claimed by Plaintiff Linda Aidoo are the following: intracranial hemorrhage, subdural hematoma, traumatic brain injury, decreased coordination, balance and functional strength, headaches, neck injury and leg pain.  *Complaint, First Count, Para. 14.*  Plaintiff Linda Aidoo further claims mental pain and suffering and risk of future injury.  *Id., Para. 15.*  She further claims to have been suffered a loss or income as well as a reduction in her ability to carry out and enjoy some of the activities of daily living.  *Id., Paras. 17 and 18.*

      Plaintiff Nana Aidoo claims to have sustained headaches, left sided facial injury, a neck injury, left shoulder injury, abdominal injuries, epigastric tenderness, bruising throughout her entire body, and tachycardia.  *Complaint, Third Count, Para. 14.*  She claims past and future medical expenses as well as a reduction in her ability to enjoy life's activities.  *Id., Paras. 16 and 17.*

4.      This action is being removed to the District Court pursuant to Title 28, United States Code § 1441(a). In support of this Petition for Removal, Petitioners respectfully state and represent to the Court as follows:

a.      By Complaint dated December 18, 2015, Plaintiffs filed suit against the Petitioners.  Service was accomplished upon the Petitioners via certified mail, on or about January 6, 2016.   The Complaint originally sought venue in the Superior Court of Connecticut, Judicial District of Fairfield at Bridgeport, whereupon the matter was transferred to the Judicial District of Windham.

b.      The Plaintiffs are residents of Willimantic, Connecticut.   *Please see Summons.*

c.      Petitioner Erald Cela is an individual residing in Mont Clare, Pennsylvania and is domiciled in Pennsylvania.  Petitioner M & K Equipment Leasing, LTD is a limited partnership organized and existing under the laws of the Commonwealth of Pennsylvania, with its principal place of business in Mechanicsburg, Pennsylvania.  The general partner of M & K is DLM Leasing Management, LLC, which is a limited liability company organized and existing under the laws of the Commonwealth of Pennsylvania, with its principal place of business in Mechanicsburg, Pennsylvania.

d.      In their Complaint, the Plaintiffs allege that as a result of the subject motor vehicle accident, they each suffered multiple physical injuries and monetary losses, which are serious and permanent in nature, including those injuries described in detail above. Plaintiffs further assert claims for non-economic damages as well as, in the case of Linda

Aidoo, lost wages.  Thus, the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

5.     This Court has original jurisdiction over this Action pursuant to 28 U.S.C. §1332(a)(1) because there is complete diversity of citizenship between the Plaintiffs and the Petitioners, and because the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

6.     Venue is proper pursuant to 28 U.S.C. §1391(a) and (b), because the events giving rise to the Plaintiffs' claims occurred within the State of Connecticut and the Petitioners are subject to personal jurisdiction in Connecticut.

7.     Pursuant to 28 U.S.C. §1446(d), the Petitioners have notified the Superior Court of the State of Connecticut of the filing of this Petition.  Please see Notice of Removal attached hereto as Exhibit B.


WHEREFORE, based upon the foregoing, Petitioners respectfully request that the state court action be removed to the United States District Court for the District of Connecticut pursuant to 28 U.S.C. §1441(a), and that further proceedings in the Superior Court of Connecticut, Judicial District of Windham, be discontinued.


Respectfully submitted,

DEFENDANTS/PETITIONERS,
ERALD CELA AND M & K EQUIPMENT
LEASING, LTD.

By:___/s/ *Michael P. Kenney*_____
          Michael P. Kenney
          Federal Bar No. ct26768
          Ryan Ryan Deluca LLP
          185 Asylum St., 6th Floor
          Hartford CT 06103
          Ph: 860-785-5157
          Fax: 860-785-5040
          mpkenney@ryandelucalaw.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LINDA AIDOO AND<br>NANA AIDOO, | ) | CASE NO.: |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | **CERTIFICATE OF** |
| | ) | **SERVICE** |
| ERALD CELA AND M & K EQUIPMENT<br>LEASING, LTD. | ) | |
| | ) | |
| Petitioners/Defendants. | ) | |
| _____ | ) | FEBRUARY 1, 2016 |

   I hereby certify that on February 1, 2016, a copy of the foregoing document was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

<u>A copy of the foregoing was mailed to</u>:

Jessica Ayala, Esq.
Carter Mario Injury Lawyers
12 Montowese Avenue
North Haven CT 06473
*Counsel for the Plaintiffs*


        _____/s/ Michael P. Kenney_____
        Michael P. Kenney
        Fed. Bar No. ct26768

# EXHIBIT A

# SUMMONS - CIVIL
JD-CV-1 Rev. 10-15
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

**See other side for instructions**

STATE OF CONNECTICUT
## SUPERIOR COURT
www.jud.ct.gov

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.

☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.

☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed *(Number, street, town and zip code)* (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk *(with area code)* | Return Date *(Must be a Tuesday)* | | |
|---|---|---|---|---|
| 1061 Main Street, Bridgeport, CT 06604 | ( 203 ) 579-6527 | January Month | 26 29 Day | 2016 Year |

| ☒ Judicial District | ☐ G.A. | At *(Town in which writ is returnable)* (C.G.S. §§ 51-346, 51-349) | Case type code *(See list on page 2)* | |
|---|---|---|---|---|
| ☐ Housing Session | Number: | Fairfield at Bridgeport | Major: V | Minor: 01 |

## For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(to be entered by attorney only)* |
|---|---|
| Carter Mario Injury Lawyers, 12 Montowese Avenue, North Haven, CT 06473 | 106160 |

| Telephone number *(with area code)* | Signature of Plaintiff *(if self-represented)* |
|---|---|
| ( 203 ) 281-0202 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. ☒ Yes ☐ No | Email address for delivery of papers under Section 10-13 *(if agreed to)* Jayala@cartermario.com |
|---|---|

| Number of Plaintiffs: 2 | Number of Defendants: 2 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

| Parties | | Name *(Last, First, Middle Initial)* and Address of Each party *(Number; Street; P.O. Box; Town; State; Zip; Country, if not USA)* | |
|---|---|---|---|
| First Plaintiff | Name: | Aidoo, Linda | P-01 |
| | Address: | 29 Antrim Road, Willimantic, CT 06226 | |
| Additional Plaintiff | Name: | Aidoo, Nana | P-02 |
| | Address: | 29 Antrim Road, Willimantic, CT 06226 | |
| First Defendant | Name: | Cela, Erald | D-01 |
| | Address: | 811 Meadowview Lane, Mont Clare PA 19453 | |
| Additional Defendant | Name: | M&K Equipment Leasing, LTD | D-02 |
| | Address: | 6380 Brackbill Blvd, Mechanicsburg, PA 17050 | |
| Additional Defendant | Name: | | D-03 |
| | Address: | | |
| Additional Defendant | Name: | | D-04 |
| | Address: | | |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at *www.jud.ct.gov* under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at *www.jud.ct.gov* under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed *(Sign and "X" proper box)* | ☒ Commissioner of the Superior Court ☐ Assistant Clerk | Name of Person Signing at Left Jessica Ayala, Esq. | Date signed 12/29/2015 |
|---|---|---|---|

| If this Summons is signed by a Clerk: | For Court Use Only |
|---|---|
| a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts. | File Date |
| b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law. | |
| c. The Clerk is not permitted to give any legal advice in connection with any lawsuit. | |
| d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint. | |

| I certify I have read and understand the above: | Signed *(Self-Represented Plaintiff)* | Date | Docket Number |
|---|---|---|---|

| Print Form | (Page 1 of 2) | Reset Form |
|---|---|---|

CARTER MARIO INJURY LAWYERS

12 MONTOWESE AVENUE · NORTH HAVEN, CONNECTICUT 06473 · JURIS NO. 105160 · (203) 281-2202

| | | |
|---|---|---|
| **RETURN DATE: JANUARY 26, 2016** | : | **SUPERIOR COURT** |
| **LINDA AIDOO & NANA AIDOO** | : | **J.D. OF FAIRFIELD** |
| **V.** | : | **AT BRIDGEPORT** |
| **ERALD CELA &** | | |
| **M&K EQUIPMENT LEASING, LTD** | : | **DECEMBER 18, 2015** |

## COMPLAINT

**COUNT ONE:** (Negligence:  Linda Aidoo v. Erald Cela)

    1.  The plaintiff, Linda Aidoo (hereinafter the "plaintiff-driver"), was and still is a resident of the State of Connecticut with her place of residence being the town of West Haven.

    2.  The defendant-driver, Erald Cela (hereinafter the "defendant-driver"), was and still is a resident of the State of Pennsylvania with his place of residence being in the Town of Mont Clare.

    3.  The defendant-owner, M&K Equipment LTD (hereinafter the "defendant-owner"), is a Pennsylvania corporation licensed to do business, and actively conducting business, within the State of Connecticut.

    4.  On or about August 18, 2015, at approximately 3:08 a.m., the plaintiff-driver, Linda Aidoo, was operating a 2012 Toyota Corolla southbound on I-95 in Stratford, Connecticut.

    5.  At that same time and place, Nana Aidoo (hereinafter the "plaintiff-passenger") was a passenger in the plaintiff-driver's vehicle.

6. At that same time and place, the defendant-driver was operating a 2014 tractor trailer directly behind the plaintiffs' vehicle.

7. Prior to the accident, the plaintiffs' vehicle was disabled and stopped in the center lane of I-95.

8. Prior to the accident, the plaintiffs' vehicle had its hazard lights activated and the brake lights were also in good working order.

9. As the defendant-driver approached the plaintiffs' vehicle from behind, the defendant-driver, suddenly and without warning, drove directly into the rear of the plaintiffs' vehicle (hereinafter the "collision").

10. At the time of the collision, the defendant-driver was operating a 2014 tractor trailer that was owned by the defendant-owner.

11. The defendant-driver caused this collision.

12. The defendant-driver is responsible for his actions.

13. This collision, and the resulting injuries and losses suffered by the plaintiff-driver were due to the negligence and carelessness of the defendant-driver in that he:

    a.    failed to keep and maintain a safe distance by following too closely in violation of § 14-240 of the Connecticut General Statutes;

    b.    operated the 2014 tractor trailer at a rate of speed too fast for the traffic conditions then and there existing in violation of § 14-218a of the Connecticut General Statutes;

CARTER MARIO INJURY LAWYERS
12 MONTOWESE AVENUE · NORTH HAVEN, CONNECTICUT 06473 · JURIS NO. 106160 · (203) 281-0202

c.    failed to turn the 2014 tractor trailer to the left or to the right so as to avoid the collision, although in the exercise of due care, could and should have done so;

d.    failed to keep the 2014 tractor trailer under proper and reasonable control;

e.    failed to keep a proper and reasonable lookout for other vehicles;

f.    failed to apply the brakes in time to avoid the collision, although in the exercise of due care, could and should have done so; and

g.    failed to observe that the plaintiffs' vehicle was stopped on the highway and struck it from behind.

14.  As a result of this collision, the plaintiff-driver suffered the injuries or exacerbations as set forth below, some of which injuries or exacerbations, or the effects thereof, being permanent in nature:

a.    Intracranial hemorrhage;

b.    Subdural hematoma;

c.    Traumatic brain injury;

d.    Decreased coordination, balance and functional strength;

e.    Headaches;

f.    Neck injury; and

g.    Leg pain.

15. As a further result of the collision described above, the plaintiff-driver has

experienced, and will continue to experience in the future, pain and suffering, an increased likelihood of future medical treatment and/or disorders, and fear and apprehension of such future medical treatment and/or disorders.

16. As a further result of these injuries, the plaintiff-driver has incurred, and may continue to incur, medical expenses.

17. As a further result of these injuries, the ability of the plaintiff-driver to pursue and enjoy life's leisure activities has been reduced.

18. As a further result of these injuries, the plaintiff-driver has lost income and may continue to do so in the future.

**COUNT TWO:** (Vicarious liability:  Linda Aidoo v. M&K Equipment Leasing, Inc.)

1-18. Paragraphs one through eighteen of Count One are hereby incorporated and made paragraphs one through eighteen of Count Two as if fully set forth herein.

19.   The defendant-driver drove the 2014 tractor trailer of the defendant-owner, M&K Equipment Leasing, Inc., with the authorization of and/or as the agent of and/or as an employee acting within the scope of employment of the defendant-owner, pursuant to §52-182 and/or §52-183 of the Connecticut General Statutes.

20.   The defendant-owner is liable for the negligence of the defendant-driver.

CARTER MARIO INJURY LAWYERS
12 MONTOWESE AVENUE · NORTH HAVEN, CONNECTICUT 06473 · JURIS NO. 106160 · (203) 281-0202

**COUNT THREE:** (Negligence:  Nana Aidoo v. Erald Cela)

1.  The plaintiff-passenger, Nana Aidoo (hereinafter the "plaintiff-passenger"), was and still is a resident of the State of Connecticut with her place of residence being the town of Willimantic.

2.  The defendant-driver, Erald Cela (hereinafter the "defendant-driver"), was and still is a resident of the State of Pennsylvania with his place of residence being in the Town of Mont Clare.

3.  The defendant-owner, M&K Equipment LTD (hereinafter the "defendant-owner"), is a Pennsylvania corporation licensed to do business, and actively conducting business, within the State of Connecticut.

4.  On or about August 18, 2015, at approximately 3:08 a.m., the plaintiff-driver, Linda Aidoo (hereinafter the "plaintiff-driver") was operating a 2012 Toyota Corolla southbound on I-95 in Stratford, Connecticut.

5.  At that same time and place, the plaintiff-passenger, Nana Aidoo, was a passenger in the plaintiff-driver's vehicle.

6.  At that same time and place, the defendant-driver was operating a 2014 tractor trailer directly behind the plaintiffs' vehicle.

7.  Prior to the accident, the plaintiffs' vehicle was disabled and stopped in the center lane

of I-95.

8. Prior to the accident, the plaintiffs' vehicle had its hazard lights activated and the brake lights were also in good working order.

9. As the defendant-driver approached the plaintiffs' vehicle from behind, the defendant-driver, suddenly and without warning, drove directly into the rear of the plaintiffs' vehicle (hereinafter the "collision").

10. At the time of the collision, the defendant-driver was operating a 2014 tractor trailer that was owned by the defendant-owner.

11. The defendant-driver caused this collision.

12. The defendant-driver is responsible for his actions.

13. This collision, and the resulting injuries and losses suffered by the plaintiff-passenger were due to the negligence and carelessness of the defendant-driver in that he:

    a.    failed to keep and maintain a safe distance by following too closely in violation of § 14-240 of the Connecticut General Statutes;

    b.    operated the 2014 tractor trailer at a rate of speed too fast for the traffic conditions then and there existing in violation of § 14-218a of the Connecticut General Statutes;

    c.    failed to turn the 2014 tractor trailer to the left or to the right so as to avoid the collision, although in the exercise of due care, could and should have done so;

    d.    failed to keep the 2014 tractor trailer under proper and reasonable control;

CARTER MARIO INJURY LAWYERS
12 MONTOWESE AVENUE · NORTH HAVEN, CONNECTICUT 06473 · JURIS NO. 105160 · (203) 281-0202

e.    failed to keep a proper and reasonable lookout for other vehicles;

f.    failed to apply the brakes in time to avoid the collision, although in the exercise of due care, could and should have done so; and

g.    failed to observe that the plaintiffs' vehicle was stopped on the highway and struck it traveling 56 mph.

14. As a result of this collision, the plaintiff-passenger suffered the injuries or exacerbations as set forth below, some of which injuries or exacerbations, or the effects thereof, being permanent in nature:

a.    Headache;

b.    Left side facial injuries;

c.    Cervical tenderness;

d.    Left shoulder injury;

e.    Abdominal pain;

f.    Vomiting;

g.    Nausea;

h.    Epigastric tenderness;

i.    Bruising throughout her entire body; and

j.    Tachycardia.

15. As a further result of the collision described above, the plaintiff-passenger has

CARTER MARIO INJURY LAWYERS

12 MONTOWESE AVENUE - NORTH HAVEN, CONNECTICUT 06473 - JURIS NO. 106160 - (203) 281-0202

medical treatment and/or disorders.

16. As a further result of these injuries, the plaintiff-passenger has incurred, and may continue to incur, medical expenses.

17. As a further result of these injuries, the ability of the plaintiff-passenger to pursue and enjoy life's leisure activities has been reduced.

**COUNT FOUR:** (Vicarious liability:  Nana Aidoo v. M&K Equipment Leasing, Inc.)

1-17. Paragraphs one through seventeen of Count Three are hereby incorporated and made paragraphs one through seventeen of Count Four as if fully set forth herein.

18.   The defendant-driver drove the 2014 tractor trailer of the defendant-owner, M&K Equipment Leasing, Inc., with the authorization of and/or as the agent of and/or as an employee acting within the scope of employment of the defendant-owner, pursuant to §52-182 and/or §52-183 of the Connecticut General Statutes.

19. The defendant-owner is liable for the negligence of the defendant-driver.

THE PLAINTIFFS:  LINDA AIDOO & NANA AIDOO

By: Ryan Veilleux Esq.
Carter Mario Injury Lawyers
12 Montowese Avenue
North Haven, Connecticut, 06473
Tel. No: 203-281-0202
Juris No: 10616

CARTER MARIO INJURY LAWYERS
12 MONTOWESE AVENUE · NORTH HAVEN, CONNECTICUT 06473 · JURIS NO. 106160 · (203) 281-0202

CARTER MARIO INJURY LAWYERS · 12 MONTOWESE AVENUE · NORTH HAVEN, CONNECTICUT 06473 · JURIS NO. 106160 · (203) 281-0202

| | | |
|---|---|---|
| **RETURN DATE:  JANUARY 26, 2016** | : | **SUPERIOR COURT** |
| **LINDA AIDOO & NANA AIDOO** | : | **J.D. OF FAIRFIELD** |
| **V.** | : | **AT BRIDGEPORT** |
| **ERALD CELA &** | | |
| **M&K EQUIPMENT LEASING, LTD** | : | **DECEMBER 18, 2015** |

### PRAYER FOR RELIEF

The Plaintiff claims:

1.  Monetary relief; and

2.  Such other and further relief as the Court deems appropriate.

THE PLAINTIFFS:  LINDA AIDOO & NANA AIDOO

By: Ryan Veilleux Esq.
Carter Mario Injury Lawyers
12 Montowese Avenue
North Haven, Connecticut, 06473
Tel. No: 203-281-0202
Juris No: 10616

**RETURN DATE: JANUARY 26, 2016** :     **SUPERIOR COURT**

**LINDA AIDOO & NANA AIDOO** :     **J.D. OF FAIRFIELD**

**V.** :     **AT BRIDGEPORT**

**ERALD CELA &**
**M&K EQUIPMENT LEASING, LTD** :     **DECEMBER 18, 2015**

### STATEMENT OF AMOUNT IN DEMAND

The amount in demand is greater than $15,000.00, exclusive of interest and costs.

THE PLAINTIFFS:

LINDA AIDOO & NANA AIDOO

By: Ryan Veilleux, Esq.
Carter Mario Injury Lawyers
12 Montowese Avenue
North Haven, Connecticut 06473
Tel. No: 203-281-0202
Juris No: 10616

<u>EXHIBIT B</u>

| DOCKET NO.: WWM-CV16-6010148-S | : | SUPERIOR COURT |
| | : | |
| LINDA AIDOO, ET AL. | : | JUDICIAL DISTRICT OF |
| | : | WINDHAM |
| V. | : | |
| | : | AT WINDHAM |
| | : | |
| ERALD CELA, ET AL. | : | FEBRUARY 1, 2016 |

## <u>NOTICE OF REMOVAL TO FEDERAL COURT</u>

NOW COME defendants Erald Cela and M & K Equipment Leasing, LTD, by and through their undersigned counsel, and hereby provide notice that they have this date filed a petition for removal of this matter to the United States District Court, District of Connecticut. A copy of said Petition (without exhibits) is attached hereto as Exhibit A.

Respectfully submitted,

DEFENDANTS,
ERALD CELA AND M & K EQUIPMENT
LEASING, LTD.


By:_____/s/ 413253_____
Michael P. Kenney
Ryan Ryan Deluca LLP
185 Asylum St., 6th Floor
Hartford CT 06103
Juris No. 436612
Ph: 860-785-5157
Fax: 860-785-5040
mpkenney@ryandelucalaw.com

## **CERTIFICATION**

I hereby certify that on February 1, 2016, a copy of the foregoing document was served via  First Class Mail, postage prepaid, or electronically delivered, upon the following counsel and pro se parties of record:

Jessica Ayala, Esq.
Carter Mario Injury Lawyers
12 Montowese Avenue
North Haven CT 06473
*Counsel for the Plaintiffs*

/s/ 413253
Michael P. Kenney