## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LINDA AIDOO AND NANA AIDOO | : 3:16-cv-00147(VAB) |
| | : |
| v. | : |
| | : |
| ERALD CELA AND M & K EQUIPMENT LEASING, LTD. | : |
| | : |
| | MARCH 1, 2019 |

### PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL, WITH PREJUDICE

The Plaintiffs, pursuant to Fed. R. Civ. P. 41(c), move the court to voluntarily dismiss, with prejudice, the claims of plaintiffs. The parties shall bear their own costs.

WHEREFORE the motion should be granted.

PLAINTIFFS,

BY /s/ Timothy P. Pothin.
Timothy P. Pothin (ct02744)
tpothin@faxonlawgroup.com
FAXON LAW GROUP, LLC
59 Elm Street
New Haven, CT  06510
Tel     203-624-9500
Fax    203-624-9100

## CERTIFICATION OF SERVICE

  I hereby certify that, on March 1, 2019, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

        T PLAINTIFFS,

        /s/ Timothy P. Pothin
        Timothy P. Pothin